**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No: 1:23-CR-301-CRC** |
| | ) | |
| **TONYA WEBB** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, undersigned counsel, Erin S. Atkins Assistant Federal Public Defender

for the Northern District of Alabama, and enters her notice on behalf of Defendant, Tonya Webb,

in the above-styled case.

This 18 day of September, 2023.

Respectfully submitted,

KEVIN L. BUTLER
Federal Defender

**/s/ Erin S. Atkins**
Erin S. Atkins
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
5200 Clinton Avenue West, Suite 503
Huntsville, Alabama 35801
(256) 684-8700
erin_atkins@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2023, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all parties

of record.

**/s/ Erin S. Atkins**