**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **Case No: 1:23-cr-301-CRC** |
| | ) | |
| TONYA WEBB | ) | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Kevin L. Butler,  Federal Public Defender, Office of the Federal Public Defender for the Northern District of Alabama, and enters his notice on behalf of Defendant, Tonya Webb, in the above-styled case.

This 27th day of September, 2023.

Respectfully submitted,

**/s/Kevin L. Butler**
KEVIN L. BUTLER
Federal Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
205-208-7170
Kevin_Butler@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**/s/Kevin L. Butler**