**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 23-CR-301** |
| **v.** | **:** | |
| | **:** | |
| **TONYA WEBB,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF APPEARANCE**

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Zachary Phillips is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: May 1st, 2024

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Zachary Phillips*
Zachary Phillips
Assistant United States Attorney
U.S. Attorney's Office
Colorado Bar No. 31251
601 D Street, N.W.
Washington, DC 20530
(720) 281-1611