**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:23-CR-0301(CRC)** |
| | **:** | |
| **TONYA WEBB** | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The undersigned, on behalf of the United States of America, hereby provides notice that

Assistant U.S. Attorney Kathryn E. Bolas enters an appearance in this case.


                                        Respectfully Submitted,

Date: July 23, 2024                     MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052


            By:                         */s/ Kathryn E. Bolas*
                                        KATHRYN E. BOLAS
                                        Assistant U.S. Attorney
                                        NY Bar No. 5704234
                                        United States Attorney's Office
                                        Capitol Siege Section
                                        601 D Street, NW
                                        Washington, D.C. 20530
                                        Phone: 202-252-0872
                                        Kathryn.Bolas@usdoj.gov