| Government | ✓ | UNITED STATES OF AMERICA | | |
|---|---|---|---|---|
| Plaintiff | ☐ | VS. | Civil/Criminal No. | 23-CR-301 (CRC) |
| Defendant | ☐ | | | |
| Joint | | TONYA ELIZABETH WEBB | | |
| Court | ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date & time) |
|---|---|---|---|---|---|
| **000 SERIES – OVERVIEW WITNESSES / CAPITOL BUILDING / GROUNDS** | | | | | |
| 001 | Capitol Building – 3D Map | | | | |
| 002 | Capitol Building - Diagram | | | | |
| 003 | Capitol Building – West Front Time Lapse Video | | | | |
| 004 | Capitol Building – 1946 Survey Map | | | | |
| 005 | Capitol Building & Grounds – Aerial View | | | | |
| 006 | Capitol Building & Grounds – Restricted Perimeter Map | | | | |
| 007 | Certification of Congressional Videos | | | | |
| 008 | US House and Senate Video Montage | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 020 | National Curfew Text Message (142818 p.m. EST) | | | | | |
| 021 | National Curfew Text Message (193602 p.m. EST) | | | | | |
| 022 | FEMADC DHS Certificate of Authenticity | | | | | |
| 024 | Area Closed Sign | | | | | |
| 025 | Area Closed Sign (Zoomed Out) | | | | | |
| 026 | Area Closed Sign (Zoomed In) | | | | | |
| 028 | Capitol Building & Grounds – 1946 Survey Map (Additional Information) | | | | | |
| 029 | Capitol Grounds Map | | | | | |
| **100 SERIES – USCP VIDEO** | | | | | | |
| 101 | USC Camera 00102: Senate Wing Door: 2:56pm | | | | | |
| 101A | USC Camera 00102: Senate Wing Door: 2:56pm (enhanced) | | | | | |
| 102 | USC Camera 00102: Senate Wing Door: 3:22pm | | | | | |
| 103 | USC Camera 00122: West Stairs: 2:40pm | | | | | |
| 104 | USC Camera 00402: Crypt North: 2:52pm | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 105 | USC Camera 00402: Crypt South: 2:57pm | | | | |
| 106 | USC Camera 00689: Senate Fire Door near S132: 2:40pm | | | | |
| | **200 SERIES – BODY WORN CAMERA (BWC)** | | | | |
| | INTENTIONALLY LEFT BLANK | | | | |
| | **300 SERIES – THIRD PARTY VIDEOS** | | | | |
| 301 | トランプ支持者１００万人の行進！ワシントンDC集会１月６ March of 1 million Trump supporters! Washington DC Rally January 6th | | | | |
| 302 | NEW GoPro January 6, 2021 Footage shot by Indie Journalist Blake Walley in Washington DC -part1 (9:45) | | | | |
| 303 | BitChute Video | | | | |
| 304 | FB_20210106_143942 | | | | |
| 305 | NIGROTIMES Capitol Riots Raw Footage _Journalistic Purposes Only | | | | |
| 306 | GEX 5 [9_GH010035]-h264 | | | | |
| 307 | wetzqYkLF4psWXQbJ (simplescreenrecorder-2024-08-26_15.18.52) | | | | |
| 308 | Object 2 also called rTXTrphEFtxRjaDgo-converted | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 309 | Object 3 also Free America Rally D-C!! | | | | |
| 310 | Ke3jdhZep8eJbiY7r-converted | | | | |
| 311 | gettyimages-1295259129-640_adpp | | | | |
| 312 | video_3749@10-01-2021_20-54-37 | | | | |
| 313 | Jan 6 March to the Capitol | | | | |
| 314 | Video Labeled 708b | | | | |
| 314A | Video Labeled 708b (enhanced) | | | | |
| 315 | Stop the Steal funeral for a friend | | | | |
| **400 SERIES - PHOTOGRAPHS** | | | | | |
| | INTENTIONALLY LEFT BLANK | | | | |
| **500 SERIES – DEFENDANT STATEMENT** | | | | | |
| | INTENTIONALLY LEFT BLANK | | | | |
| **600 SERIES – USSC EVIDENCE** | | | | | |
| 600 | Head of State Notification | | | | |
| 601 | Head of State Worksheet | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 602 | USCP CCV East Front Plaza video | | | | |
| 603 | USCP CCV Senate Members Stair video | | | | |
| 604 | USSS Glavey Radio Call 1 | | | | |
| 605 | USSS Glavey Radio Call 2 | | | | |
| 606 | USSS Glavey Radio Call 3 | | | | |
| **700 SERIES – ELECTRONIC EVIDENCE** | | | | | |
| | INTENTIONALLY LEFT BLANK | | | | |
| **800 SERIES – LEGAL AUTHORITY** | | | | | |
| 804 | Concurrent Resolution | | | | |
| 805 | Congressional Record – U.S. House 117th Session | | | | |
| 806 | Congressional Record – U.S. Senate 117th Session | | | | |
| 807 | U.S. Constitution, Amendment XII | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **900 SERIES – STIPULATIONS** | | | | | |
| 901 | Ellipse, Washington Monument, and U.S. Capitol | | | | |
| 902 | Capitol Building and Grounds | | | | |
| 903 | Capitol Police Closed Circuit Video | | | | |
| 904 | Identity of the Defendant | | | | |
| 905 | Tonya Webb Statement | | | | |