**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No: 1:23-cr-00301-CRC** |
| | ) | |
| **TONYA WEBB** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, undersigned counsel, Alexandria Darby, Research & Writing Attorney

for the Office of the Federal Public Defender of the Northern District of Alabama, and enters her

notice on behalf of Defendant, Tonya Webb, in the above-styled case.

This 22nd day of October, 2024.

Respectfully submitted,


KEVIN L. BUTLER
Federal Public Defender

**/s/Alexandria Darby**
Alexandria Darby
Research & Writing Attorney
Office of the Federal Public Defender
Northern District of Alabama
200 Clinton Avenue West, Suite 503
Huntsville, Alabama 35801
(256) 684-8700
Alex_Darby@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22 2024**,** I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all parties

of record.

**/s/Alexandria Darby**